**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Maria@lagomarsinolaw.com
*Attorneys for Plaintiff Shelby Davis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELBY DAVIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, a Nevada Municipal Corporation; FRANCIS SHIPP, in his individual capacity; RAYMOND CANALES, in his individual capacity;<br><br>Defendants. | CASE NO.: 2:25-cv-00616-CDS-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between the Parties, and in accordance with LR 26-3 and LR IA 6-1, that the discovery deadlines in this matter be continued for a period of ninety (90) days from the Court's prior Order (ECF No. 12). This Stipulation is supported by good cause, is the Parties' first request, and is not for the purpose of delay.

## I. DISCOVERY COMPLETED TO DATE

The parties have completed the following discovery to date:

- Disclosure of Documents:
    - The Parties exchanged their initial Rule 26 Disclosures.
    - Plaintiff served her first supplemental disclosure on June 20, 2025.
    - Plaintiff served her second supplemental disclosure on July 2, 2025.
    - Plaintiff served her third supplemental disclosure on July 22, 2025.
    - Defendant served its first supplemental disclosure on July 24, 2025.
    - Plaintiff served her fourth supplemental disclosure on July 28, 2025.
    - To date, Defendant has served 661 pages of documents and videos and Plaintiff has produced 971 pages of documents and photos.

- Written Discovery:
    - Plaintiff served an initial set of written discovery (request for production of documents and interrogatories) to Defendants on May 22, 2025. Defendants served their responses on July 24, 2025.

- Defendants served an initial set of written discovery (request for production of documents, request for admissions, and interrogatories) to Plaintiff on June 12, 2025. Plaintiff served her responses on July 28, 2025.

## II. DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- depositions of the named parties, including 30(b)(6) depositions;
- depositions of Defendant City of Henderson's officers including, but not limited to, Officer Ciotti and two to four (2-4) other officers present at the scene;
- depositions of third-party witnesses identified by the parties;
- initial expert witness disclosures;
- rebuttal expert witness disclosures;
- expert witness depositions;
- additional written discovery which may include written discovery between the parties; and
- subpoenas to third parties.

The Parties reserve the right to conduct additional discovery as permitted by the Federal Rules of Civil Procedure.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Parties have been cooperating in this action and as of recently, have agreed to mediate this case to conserve resources that can be better used in resolving this matter. The mediation has been set for October 1, 2025. As such, while the Parties agree to participate in the mediation in good faith, it is anticipated that the Parties will require time after the conclusion of the mediation for scheduling depositions and completing the remaining discovery, should the mediation be unsuccessful. This constitutes a showing of good cause, and this extension is not for undue delay.

## IV. PROPOSED EXTENDED DEADLINES

The parties respectfully request that this Court enter an order granting this extension of discovery deadlines, as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Deadline to amend pleadings and add parties | 11/04/25 | Monday, February 4, 2026 |
| Deadline for initial expert disclosures | 12/04/25 | Monday, March 4, 2026 |
| Deadline for rebuttal expert disclosures | 01/20/26 | Thursday, April 18, 2026 |

| | | | |
|---|---|---|---|
| 1 | Close of Discovery | 02/02/26 | Monday, May 20, 2026 |
| 2 | Deadline to file dispositive motions | 03/19/26 | Wednesday, June 19, 2026 |
| 3 | Pre-Trial Order[1] | 04/20/26 | Friday, July 19, 2026 |

**IT IS SO STIPULATED AND AGREED.**

DATED this 11th day of September, 2025.           DATED this 11th day of September, 2025.

**LAGOMARSINO LAW**                               **CITY OF HENDERSON ATTORNEY'S OFFICE**

 /s/ Andre M. Lagomarsino                          /s/ Brandon P. Kemble
ANDRE M. LAGOMARSINO, ESQ. (#6711)                NICHOLAS G. VASKOV, ESQ. (#8298)
MARIA A. MENCOS, ESQ. (#17098)                    BRANDON P. KEMBLE, ESQ. (#11175)
3005 W. Horizon Ridge Pkwy, #241                  240 Water Street, MSC 144
Henderson, Nevada 89052                           Henderson, NV 89015
Telephone: (702) 383-2864                         Telephone: (702) 267-1243
*Attorneys for Plaintiff Shelby Davis*            *Attorneys for City of Henderson, Francis Shipp and Raymond Canales*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 15, 2025

---

[1] In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.