**NICHOLAS G. VASKOV**
City Attorney
Nevada State Bar No. 8298
**CHRISTIAN M. ORME**
Assistant City Attorney
Nevada Bar No. 10175
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200
Brandon.Kemble@cityofhenderson.com

Attorneys for CITY OF HENDERSON,
FRANCIS SHIPP AND RAYMOND CANALES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELBY DAVIS. an individual, | CASE NO.: 2:25-CV-00616-CDS-BNW |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CITY OF HENDERSON, a Nevada Municipal Corporation; FRANCIS SHIPP, in his individual capacity; and RAYMOND CANALES, in his individual capacity, | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named parties stipulate to dismiss all claims in the above captioned matter and the matter in its entirety, with prejudice, with each party to bear their own attorney's fees, costs, and expenses, and specifically the parties stipulate that no claim for attorney's fees may be made pursuant to 42 USC § 1988.

/ / /

This Stipulated Dismissal by all parties constitutes a dismissal of the entire action and all claims with prejudice.

DATED this 3rd day of December 2025

DATED this 3rd day of December 2025

**LAGOMARSINO LAW**

**CITY OF HENDERSON ATTORNEY'S OFFICE**

/s/ Andre M. LagoMarsino
**ANDRE M. LAGOMARSINO** Nevada Bar No. 6711
**MARIA A. MENCOS**
Nevada Bar No. 17098
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052 Telephone: (702) 267-1200
*Attorneys for Plaintiff Shelby Davis*

/s/ Brandon P. Kemble
**NICHOLAS G. VASKOV**
Nevada Bar No. 8298
**BRANDON P. KEMBLE**
Nevada Bar No. 11175
240 S. Water Street, MSC 144
Henderson, Nevada 89015
Telephone: (702) 267-1200
*Attorneys for City of Henderson, Francis Shipp and Raymond Canales*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: December 4, 2025

Respectfully Submitted:

CITY OF HENDERSON

/s/ Brandon P. Kemble
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada State Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
*Attorney for City of Henderson, Francis Shipp and Raymond Canales*